EMMIE S. PIPPIN v. JOHN H. BARKER AND WIFE, ESTELLA BARKER.

(Filed 13 December, 1950.)

APPEAL by defendant from *Honorable Luther Hamilton,* at September Term, 1950, of HENDERSON.

Civil action for specific performance of contract to purchase land.

From judgment for plaintiff, defendants appeal.

*Charlton E. Huntley and L. B. Prince for plaintiff, appellee.*
*O. B. Crowell for defendants, appellants.*

PER CURIAM.   It appearing that the September Term, 1950, of Superior Court of Henderson County was presided over by Honorable Luther Hamilton, the judgment rendered in the above entitled action will be vacated on authority of *Alpine Motors Corporation v. Effie Mae Hagwood, et al., ante,* 57, and the cause restored to the docket for trial.

Judgment vacated; case restored to docket.